HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett (BB-1152) (admitted *pro hac vice*)
Bennett J. Murphy (BM-8485)
Joshua D. Morse (JM-3933) (admitted *pro hac vice*)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:     (213) 694-1200
Facsimile:     (213) 694-1234

Attorneys for the *Ad Hoc* Committee of
Solutia Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLUTIA INC., *et al.*, | Case No. 03-17949 (PCB) |
| Debtors. | (Jointly Administered) |
| WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., | Adversary Proceeding No. 05-01843 (PCB) |
| Plaintiff, | |
| -against- | |
| SOLUTIA INC., | |
| Defendant. | |

**NOTICE OF APPEAL**

The *Ad Hoc* Committee of Solutia Noteholders, as Intervenors pursuant to 11 U.S.C. § 1109 and Rule 24 of the Federal Rules of Civil Procedure, made applicable to the above-captioned Adversary Proceeding pursuant to Rule 7024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), under the Stipulation Regarding the Ad Hoc Committee of Solutia Noteholders' Motion to Intervene; Order Thereon [Docket No. 90] entered in this adversary proceeding on May 5, 2006, by its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) from the final judgment of United States Bankruptcy Judge Prudence Carter

Beatty entered in this adversary proceeding on May 17, 2007 [Docket No. 147] pursuant to 28 U.S.C. § 158(a) and Bankruptcy Rule 8001(a).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

>Jonathan S. Henes, Esq.
>Michael Frishberg, Esq.
>Kirkland & Ellis LLP
>153 East 53rd Street
>New York, New York 10022
>(212) 446-4800
>
>-and-
>
>David J. Zott, Esq.
>Thomas L. Campbell
>Jeffrey J. Zeiger, Esq.
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>*Attorneys for Defendant, Solutia Inc.*
>
>Eric A. Schaffer, Esq.
>Robert C. Shenfeld, Esq.
>Reed Smith LLP
>599 Lexington Avenue
>New York, New York  10022
>(212) 521-5400
>*Attorneys for Plaintiff Wilmington Trust Company,*
>*as Indenture Trustee;*
>
>Daniel H. Golden, Esq.
>Akin, Gump, Strauss, Hauer & Feld, LLP
>590 Madison Avenue
>New York, New York 10022
>(212) 872-1000
>*Attorneys for the Official Committee of Unsecured Creditors*
>
>Edward S. Weisfelner, Esq.
>Brown Rudnick Berlack Israels LLP
>Seven Times Square
>New York, New York 10036
>(212) 209-4800

- and -

Steven D. Pohl, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
*Attorneys for the Ad Hoc Committee of Trade Creditors*

| | |
|---|---|
| DATED:  Los Angeles, California<br>May 29, 2007 | HENNIGAN, BENNETT & DORMAN LLP<br><br>By:  /s/ *Bennett J. Murphy*<br>       Bennett J. Murphy<br><br>Bruce Bennett (admitted *pro hac vice*)<br>Bennett J. Murphy (BM-8485)<br>Joshua D. Morse (admitted *pro hac vice*)<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California  90017<br>Telephone:  (213) 694-1200<br>Facsimile:  (213) 694-1234<br><br>Attorneys for *Ad Hoc* Committee of<br>Solutia Noteholders |