Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

S. Margie Venus (*Admitted Pro Hac Vice*)
Ann Stephens (*Admitted Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street
Houston, Texas 77002
(713) 220-5800 (Telephone)
(713) 236-0822 (Facsimile)

Attorneys for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
SOLUTIA INC., et al.,                         :    Case No. 03-17949 (PCB)
                                              :
                            Debtors.          :    (Jointly Administered)
---------------------------------------------------------------x
                                              :
WILMINGTON TRUST COMPANY,                     :
AS SUCCESSOR INDENTURE TRUSTEE TO             :
JPMORGAN CHASE BANK, N.A.                     :    Adversary Proceeding No.
                                              :    05-01843 (PCB)
                            Plaintiff,        :
                                              :
            -against-                         :
                                              :
SOLUTIA INC.                                  :
                                              :
                            Defendant.        :
---------------------------------------------------------------x

**JOINDER OF APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SOLUTIA INC., *ET AL.* TO APPELLEE SOLUTIA INC.'S DESIGNATION OF
<u>ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Appellee the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Solutia Inc., et al., by and through its counsel, hereby adopts and joins the Appellee Solutia Inc.'s Designation of Additional Items to Be Included in the Record on Appeal.

1. On May 17, 2007, this Court entered a final judgment in this adversary proceeding. [Adversary No. 05-01843, Docket No. 147].

2. On May, 29, 2007, Wilmington Trust, as Indenture Trustee, filed a notice of appeal of the final judgment. [Adversary No. 05-01843, Docket No. 149]. That same day, the *Ad Hoc Committee of Solutia Noteholders* also filed a notice of appeal of the final judgment. [Adversary No. 05-01843, Docket No. 150].

3. On June 18, 2007, Solutia Inc. filed Appellee Solutia Inc.'s Designation of Additional Items to Be Included in the Record on Appeal. [Adversary No. 05-01843, Docket No. 157].

4. The Creditors' Committee adopts and joins in the Appellee Solutia Inc.'s Designation of Additional Items to Be Included in the Record on Appeal.

Dated:   Houston, Texas
         June 18, 2007

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ S. Margie Venus
    Daniel H. Golden (DG-5624)
    Ira S. Dizengoff (ID-9980)
    590 Madison Avenue
    New York, New York  10022-2524
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)

    S. Margie Venus (*Admitted Pro Hac Vice*)
    Ann Stephens (*Admitted Pro Hac Vice*)
    1111 Louisiana Street
    Houston, Texas  77002
    (713) 220-5800 (Telephone)
    (713) 236-0822 (Facsimile)

Attorneys for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

## CERTIFICATE OF SERVICE

I, s. Margie Venus, hereby certify that on the 18th day of June, 2007, I caused a true and correct copy of the foregoing Joinder of Appellee the Official Committee of Unsecured Creditors of Solutia Inc., *et al*. to Appellee Solutia Inc.'s Designation of Additional Items to Be Included in the Record on Appeal, to be served by first class mail, postage prepaid, addressed to:

>Jonathan S. Henes
>KIRKLAND & ELLIS LLP
>153 East 53rd Street
>New York, New York  10022
>Counsel to Debtors
>
>Bennett Murphy
>HENNIGAN, BENNETT & DORMAN LLP
>865 South Figuero Street
>Suite 2900
>Los Angeles, California  90017
>Counsel to Ad Hoc Committee of Noteholders
>
>Steven D. Pohl
>BROWN RUDNICK BERLACK ISREALS LLP
>One Financial Center
>Boston, Massachusetts  02111
>Counsel to Ad Hoc Committee of Trade Creditors
>
>Andrew L. Morrison
>REED SMITH LLP
>599 Lexington Avenue
>New York, New York  10022
>Counsel to J.P. Morgan Chase Bank, as Indenture Trustee

>/s/ S. Margie Venus
>S. Margie Venus