Edward S. Weisfelner, Esq. (EW-5581)
**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, NY  10036
(212) 209-4800

Steven D. Pohl, Esq. (SP-0435)
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA  02111
(617) 856-8200

*Attorneys for the Ad Hoc Solutia Trade Claims Committee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SOLUTIA, INC., et al.,<br><br>    Debtors | Chapter 11<br>Case No. 03-17949 (PCB)<br>(Jointly Administered) |
| WILMINGTON TRUST COMPANY,<br>AS SUCCESSOR INDENTURE TRUSTEE TO<br>JPMORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>- against -<br><br>SOLUTIA INC.,<br><br>    Defendant. | Adversary Proceeding No.<br>05-01843 (PCB) |

**JOINDER OF APPELLEE THE *AD HOC* SOLUTIA TRADE CLAIMS COMMITTEE TO APPELLEE SOLUTIA INC.'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee the *Ad Hoc* Solutia Trade Claims Committee (the "Trade Committee")[1], by and through its undersigned counsel, hereby adopts and joins the Appellee Solutia Inc.'s Designation of Additional Items to Be Included in the Record on Appeal (the "Designation of Additional Items").

1. On May 17, this Court entered a final judgment in this adversary proceeding. See Docket No. 147.

2. On May 29, 2007, Wilmington Trust, as Indenture Trustee, filed a notice of appeal of the final judgment. See Docket No. 149. Also on May 29, 2007, the *Ad Hoc* Committee of Solutia Noteholders filed a notice of appeal of the final judgment. See Docket No. 150.

3. On June 18, 2007, Appellee Solutia Inc. filed the Designation of Additional Items. See Docket No. 157.

4. The Trade Committee hereby adopts and joins in the Designation of Additional Items.

---

[1] The Trade Committee is comprised of those creditors set forth in the Second Amended Verified Statement of Brown Rudnick Berlack Israels LLP Pursuant to Fed. R. Bankr. P. 2019(a) dated July 6, 2007.

| | |
|---|---|
| Dated: July 6, 2007 | Respectfully submitted,<br><br>BROWN RUDNICK BERLACK ISRAELS LLP<br><br>By: /s/ Steven D. Pohl<br>    Steven D. Pohl, Esq. (SP-0435)<br>    **BROWN RUDNICK BERLACK ISRAELS LLP**<br>    One Financial Center<br>    Boston, MA  02111<br>    (617) 856-8200<br><br>Edward S. Weisfelner, Esq. (EW-5581)<br>**BROWN RUDNICK BERLACK ISRAELS LLP**<br>120 West 45th Street<br>New York, NY  10036<br>(212) 704-0100<br><br>Counsel to the *Ad Hoc* Solutia Trade Claims Committee |

# 1503407 v1