**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re SOLUTIA, INC., et al.                                 :

           Debtors.                         :

                                            :

                                            :

------------------------------------------------------------ x

WILMINGTON TRUST COMPANY, AS          :  No. 07 CV 5998 (GBD)
SUCCESSOR INDENTURE TRUSTEE TO        :
JPMORGAN CHASE BANK, N.A.,            :  **ORDER FOR ADMISSION PRO**
                                       :  **HAC VICE ON WRITTEN MOTION**

        Appellant                   :

v.                                    :

SOLUTIA, INC.,                        :

        Appellee.                   :

------------------------------------------------------------ x

Upon the motion of Bennett J. Murphy, attorney for Intervenor The *Ad Hoc* Committee
of Solutia Noteholders and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Bruce Bennett |
| Firm Name: | Hennigan, Bennett & Dorman LLP |
| Address: | 865 S. Figueroa Street, Suite 2900 |
| City/State/Zip: | Los Angeles, CA 90017 |
| Telephone/Fax: | 213-694-1200/ 213-694-1234 |
| Email Address: | bennettb@hbdlawyers.com |

is admitted to practice pro hac vice as counsel for Intervenor The *Ad Hoc* Committee of
Solutia Noteholders in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to
the Local Rules of this Court, including the Rules governing discipline of attorneys. If
this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the
pro hac vice fee to the Clerk of Court.

Dated:
City, State: AUG 0 3 2007

                                  George B. Daniels

                          HON. GEORGE B. DANIELS