UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re SOLUTIA, INC., et al.

              Debtors.

------------------------------------------------------------ x
WILMINGTON TRUST COMPANY, AS    :   No. 07 CV 5998 (GBD)
SUCCESSOR INDENTURE TRUSTEE TO
JPMORGAN CHASE BANK, N.A.,    :   **ORDER FOR ADMISSION PRO**
                                                   **HAC VICE ON WRITTEN MOTION**
       Appellant
v.

SOLUTIA, INC.,

       Appellee.
------------------------------------------------------------ x

Upon the motion of Bennett J. Murphy, attorney for Intervenor The *Ad Hoc* Committee of Solutia Noteholders and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Joshua D. Morse
    Firm Name:    Hennigan, Bennett & Dorman LLP
    Address:    865 S. Figueroa Street, Suite 2900
    City/State/Zip:    Los Angeles, CA 90017
    Telephone/Fax:    213-694-1200/ 213-694-1234
    Email Address:    morsej@hbdlawyers.com

is admitted to practice pro hac vice as counsel for Intervenor The *Ad Hoc* Committee of Solutia Noteholders in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: AUG 0 3 2007
City, State:

*George B. Daniels*
HON. GEORGE B. DANIELS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2007