BRUCE BENNETT (admitted *pro hac vice*)
BENNETT J. MURPHY (BM-8485)
JOSHUA D. MORSE (admitted *pro hac vice*)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Appellant *Ad Hoc*
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| SOLUTIA, INC., ET AL., | |
| Debtors. | |
| AD HOC COMMITTEE OF SOLUTIA NOTEHOLDERS, | |
| Appellant. | Case Nos. 07 CV 5997/5998 (GBD) |
| v. | |
| SOLUTIA, INC. | |
| Appellee. | |

**APPELLANT *AD HOC* COMMITTEE OF SOLUTIA NOTEHOLDERS' JOINDER TO MOTION TO MODIFY BRIEFING SCHEDULE FILED BY APPELLANT <u>WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE</u>**

Appellant *Ad Hoc* Committee of Solutia Noteholders (the "Noteholders' Committee") hereby respectfully joins the Motion to Modify Briefing Schedule [Docket No. 15; Civil Case No. 07 CV 05997 (GBD)] (the "Motion")[1] filed by Appellant Wilmington Trust Company, as Indenture Trustee, pursuant to Federal Rule of Bankruptcy Procedure 8011 for an order modifying the current briefing schedule in these appeals of a judgment by the United States Bankruptcy Court for the Southern District of New York. For the applicable reasons stated in the Motion, the Court should modify the original briefing schedule to provide that: Solutia's responding brief be filed within 20 days of service of the Trustee's and Noteholders' opening brief; and that the Trustee's and Noteholders' reply briefs be filed within 15 days of service of Solutia's opening brief.

Dated: Hillsborough, California
August 8, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: _____/s/ Joshua D. Morse_____

BRUCE BENNETT
BENNETT J. MURPHY
JOSHUA D. MORSE
865 S. Figueroa Street, Suite 2900
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Appellant *Ad Hoc* Committee of Solutia Noteholders

---

[1] Initially capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.