HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett (BB-1152) (admitted pro hac vice)
Bennett J. Murphy (BM-8485)
Joshua D. Morse (JM-3933) (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

Attorneys for The *Ad Hoc*
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re SOLUTIA, INC., et al.                   :
                                              :
            Debtors.                          :
                                              :
---------------------------------------------------------------x
AD HOC COMMITTEE OF SOLUTIA                   :   No. 07 CV 5998 (GBD)
NOTEHOLDERS,                                  :
                                              :
       Appellant,                             :
v.                                            :
                                              :
SOLUTIA, INC.,                                :
                                              :
       Appellee.                              :
                                              :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the **Ad Hoc Committee of Solutia Noteholders' Opening Brief** was served on August 8, 2007, via Email and U.S. First Class U.S. Mail to:

Jonathan Henes, Esq.
Michael Frishberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Email: jhenes@kirkland.com
Email: mfrishberg@kirkland.com

David J. Zott, Esq.
Thomas L. Campbell, Esq.
Jeffrey J. Zeiger, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dzott@kirkland.com
Email: tcampbell@kirkland.com
Email: jzeiger@kirkland.com

Eric A. Schaffer, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: eschaffer@reedsmith.com

Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email: dgolden@akingump.com

Edward S. Weisfelner, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
Email: eweisfelner@brownrudnick.com

Steven D. Pohl, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111
Email: spohl@brownrudnick.com

Dated: August 8, 2007

_____
Kevin Floyd