HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett (BB-1152) (admitted pro hac vice)
Bennett J. Murphy (BM-8485)
Joshua D. Morse (JM-3933) (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for The *Ad Hoc*
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re SOLUTIA, INC., et al.                :
                                           :
          Debtors.                         :
                                           :
---------------------------------------------------------------x
AD HOC COMMITTEE OF SOLUTIA               :   No. 07 CV 5998 (GBD)
NOTEHOLDERS,                               :
                                           :
          Appellant,                       :
v.                                         :
                                           :
SOLUTIA, INC.,                             :
                                           :
          Appellee.                        :
                                           :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the **Appellant *Ad Hoc* Committee of Solutia Noteholders' Joinder to Motion to Modify Briefing Schedule Filed by Appellant Wilmington Trust Company, as Indenture Trustee** was served on August 8, 2007, via Email and U.S. First Class U.S. Mail to:

Jonathan Henes, Esq.
Michael Frishberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Email: jhenes@kirkland.com
Email: mfrishberg@kirkland.com

David J. Zott, Esq.
Thomas L. Campbell, Esq.
Jeffrey J. Zeiger, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dzott@kirkland.com
Email: tcampbell@kirkland.com
Email: jzeiger@kirkland.com

Eric A. Schaffer, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: eschaffer@reedsmith.com

Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email: dgolden@akingump.com

Edward S. Weisfelner, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
Email: eweisfelner@brownrudnick.com

Steven D. Pohl, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111
Email: spohl@brownrudnick.com

Dated: August 8, 2007

/s/
Kevin Floyd