BRUCE BENNETT (admitted *pro hac vice*)
BENNETT J. MURPHY (BM-8485)
JOSHUA D. MORSE (admitted *pro hac vice*)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Appellant *Ad Hoc*
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- x | |
| In re: | : |
| SOLUTIA, INC., ET AL., | : |
| Debtors. | : |
| ------------------------------------------------------------- x | |
| AD HOC COMMITTEE OF SOLUTIA NOTEHOLDERS, | : |
| Appellant. | : Civil Case No. 07-cv-05998-GBD |
| v. | : |
| SOLUTIA, INC. | : |
| Appellee. | : |
| ------------------------------------------------------------- x | |

**INITIAL CORPORATE DISCLOSURE STATEMENT OF**
<u>**APPELLANT *AD HOC* COMMITTEE OF SOLUTIA NOTEHOLDERS**</u>

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible qualification or recusal, the undersigned counsel for Appellant *Ad Hoc* Committee of Solutia Noteholders (the "Noteholders' Committee") hereby certifies, based on information provided by the members of the Noteholders' Committee identified below, as follows:[1]

1. None of the following members of the Noteholders' Committee (a) are publicly-held corporations; or (b) have parent corporations:

   a. Canyon Capital Advisors, LLC, as investment manager/adviser for certain investment funds and accounts over which it has investment discretion;

   b. Latigo Partners, L.P., as investment manager/adviser for certain investment funds and accounts over which it has investment discretion;

   c. Marathon Asset Management LLC, as investment manager/adviser for certain investment funds and accounts over which it has investment discretion;

   d. Murray Capital Management, LLC, as investment manager/adviser for certain investment funds and accounts over which it has investment discretion; and

   e. Ore Hill Partners LLC, as investment manager/adviser for certain investment funds and accounts over which it has investment discretion.

In addition, no publicly held corporation (i) owns 10% or more of the stock of such members; or (ii) holds an investment of 10% of more of such members.

---

[1] The Noteholders' Committee currently consists of the following members and adjunct members: Banc of America Securities, LLC; BNP Paribas, Canyon Capital Advisors, LLC; Delfina Capital, LLC; Highland Capital Management, L.P.; King Street Capital Management L.L.C.; KS Capital Partners, L.P.; Latigo Partners, L.P.; Marathon Asset Management LLC; Murray Capital Management, LLC; Ore Hill Partners LLC; Southpaw Asset Management, LP; UBS Securities LLC, Global Distressed Debt & Special Situations (adjunct member). Counsel to the Noteholders' Committee is in the process of gathering information from all such members and will supplement this Initial Disclosure Statement upon receiving final information from all such members.

2. Banc of America Securities, LLC ("BAS") (a) is not a public corporation; (b) is wholly owned by its parent corporation, Banc of America Securities Holdings Corporation, which is wholly owned by NB Holdings Corporation, in turn wholly owned by Bank of America Corporation; and (c) confirms that no publicly held corporation directly (i) owns 10% or more of the stock of BAS; or (ii) holds an investment of 10% of more of BAS.

3. Delfina Capital, LLC, as investment manager/adviser for certain investment funds and accounts over which it has investment discretion ("Delfina") (a) is not a public corporation; (b) does not have a parent corporation; and (c) confirms that Assicurazioni Generali SpA (i) owns 10% or more of the stock of Delfina; and (ii) holds an investment of 10% of more of Delfina.

Dated: Hillsborough, California
August 8, 2007

HENNIGAN, BENNETT & DORMAN LLP

By:  /s/ Joshua D. Morse

BRUCE BENNETT
BENNETT J. MURPHY
JOSHUA D. MORSE
865 S. Figueroa Street, Suite 2900
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Appellant *Ad Hoc* Committee of Solutia Noteholders