The undersigned hereby certifies that a copy of the **Initial Corporate Disclosure Statement of Appellant *Ad Hoc* Committee of Solutia Noteholders** was served on August 8, 2007, via Email and U.S. First Class U.S. Mail to:

Jonathan Henes, Esq.
Michael Frishberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Email: jhenes@kirkland.com
Email: mfrishberg@kirkland.com

David J. Zott, Esq.
Thomas L. Campbell, Esq.
Jeffrey J. Zeiger, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dzott@kirkland.com
Email: tcampbell@kirkland.com
Email: jzeiger@kirkland.com

Eric A. Schaffer, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: eschaffer@reedsmith.com

Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email: dgolden@akingump.com

Edward S. Weisfelner, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
Email: eweisfelner@brownrudnick.com

Steven D. Pohl, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111
Email: spohl@brownrudnick.com

Dated: August 8, 2007

_____
Kevin Floyd