ORIGINAL

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
In re Solutia Inc., et al.                      :
                                                :
                                                :        1:07-CV-05998-GBD
Wilmington Trust Company as Successor            :
Indenture Trustee to JPMorgan Chase Bank, N.A., :
                                                :
                          Appellants,           :
                                                :
              - v -                             :
                                                :
Solutia Inc.,                                   :
                                                :
                          Appellees.            :
-----------------------------------------------------------x
```

### NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF
### EDWARD P. LAZARUS, ESQ.

PLEASE TAKE NOTICE that upon the annexed Motion for Admission *Pro Hac Vice*

of Edward P. Lazarus, Esq., the accompanying Affidavit of Daniel H. Golden, sworn to on

August 15, 2007, and the exhibits attached thereto, Mr. Golden will move this Court before the

Honorable George B. Daniels at the United States District Court, 500 Pearl Street, Courtroom

15D, New York, New York 10007 for an order pursuant to Local Civil Rule 1.3(c) of the United

States District Court for the Southern District of New York granting admission *pro hac vice* to

Edward P. Lazarus, Esq., of the law firm Akin Gump Strauss Hauer & Feld LLP, to appear and

participate in the above-captioned matter before this Court and for such other and further relief

as this Court deems just and proper under the circumstances.

Dated: August 15, 2007
      New York, New York

Respectfully submitted,

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
In re Solutia Inc., et al.                         :
                                                   :
                                                   :          1:07-CV-05998-GBD
                                                   :
Wilmington Trust Company as Successor              :
Indenture Trustee to JPMorgan Chase Bank, N.A.,    :
                                                   :
                        Appellants,                :
                                                   :
        - v-                                       :
                                                   :
Solutia Inc.,                                      :
                                                   :
                        Appellees.                 :
--------------------------------------------------------------x
```

## MOTION FOR *PRO HAC VICE* ADMISSION OF EDWARD P. LAZARUS

Daniel H. Golden, a member of the law firm of Akin Gump Strauss Hauer & Feld LLP,

590 Madison Avenue, New York, New York 10022, an attorney in good standing before the

United States District Court for the Southern District of New York and counsel for the Official

Committee of Unsecured Creditors of Solutia Inc., et al., respectfully requests this Court to admit

to practice before this Court *pro hac vice* Edward P. Lazarus, Esq., pursuant to Local Civil Rule

1.3(c). Mr. Lazarus is a member of the law firm Akin Gump Strauss Hauer & Feld LLP.

Mr. Lazarus is a member in good standing of the State Bar of California. Mr. Lazarus possesses unique knowledge of the facts and law pertinent to the above-captioned action, such that his respective appearance in this action will be necessary.

WHEREFORE, movant respectfully requests that the Court enter an Order in the accompanying form granting admission *pro hac vice* to Edward P. Lazarus, Esq., to appear and participate in the above-captioned matter before this Court and for such other and further relief as the Court deems just and proper.

Dated: August 15, 2007
      New York, New York

Respectfully submitted,

_____
Daniel H. Golden (DG-5624)
Ira S. Dizengoff (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for the Official Committee of Unsecured
Creditors of Solutia Inc., et al.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re Solutia Inc., et al.                          :
                                                    :
                                                    :        1:07-CV-05998-GBD
Wilmington Trust Company as Successor               :
Indenture Trustee to JPMorgan Chase Bank, N.A.,     :
                                                    :
                      Appellants,                   :
                                                    :
           - v-                                     :
                                                    :
Solutia Inc.,                                       :
                                                    :
                      Appellees.                    :
-------------------------------------------------------------x
```

## AFFIDAVIT OF DANIEL H. GOLDEN

STATE OF NEW YORK      :
                       :
COUNTY OF NEW YORK  :

DANIEL H. GOLDEN, being duly sworn, deposes and states as follows:

1.    I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

2.    I am admitted to practice before the Bar of the State of New York and Bars of the United States District Courts for the Southern and Eastern Districts of New York. I am not under suspension or disbarment by any court.

3.    I make this affidavit in support of the motion for an order to admit Edward P. Lazarus, to act as attorney of record, *pro hac vice*, solely for the purposes of this litigation, upon the grounds that he has been an attorney in good standing for an extended period of time and is fully familiar with the facts at issue in this litigation.

4.    Mr. Lazarus is a member in good standing of the State Bar of California.  He has never been suspended or disbarred from practicing before any court.  I am of the opinion that Mr. Lazarus is of the highest moral character.

5.    A Certificate of Good Standing from the State Bar of California for Mr. Lazarus is attached hereto in accordance with Local Rule 1.3(c).

FURTHER AFFIANT SAYETH NOT.

_____
DANIEL H. GOLDEN

Sworn and subscribed to before me on this 15 th day of August 2007.

_____
Notary Public
in and for the State of New York

MILDRED ANDINO
Notary Public, State of New York
No. 01AN4857026
Qualified in Queens County
Commission Expires April 28, 20 10

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re Solutia Inc., et al.                              :
                                                        :
                                                        :        1:07-CV-05998-GBD
Wilmington Trust Company as Successor                   :
Indenture Trustee to JPMorgan Chase Bank, N.A.,         :
                                                        :
                      Appellants,                       :
                                                        :
        - v-                                            :
                                                        :
Solutia Inc.,                                           :
                                                        :
                      Appellees.                        :
-------------------------------------------------------------x
```

## AFFIDAVIT OF EDWARD P. LAZARUS

STATE OF CALIFORNIA            :
                               :
COUNTY OF LOS ANGELES          :

EDWARD P. LAZARUS, being duly sworn, deposes and states as follows:

1.      I am a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for the Official Committee of Unsecured Creditors of Solutia Inc., et al.

2.      I submit this application in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3.      I am a member in good standing of the State Bar of California.  A Certificate of Good Standing from the State Bar of California is attached hereto in accordance with Local Rule 1.3(c).

4.      I am not under suspension or disbarment by any court, nor have I ever been suspended or disbarred from practicing before any court.

5.    I agree to be bound by the rules governing the Courts in the State of New York.

For these reasons, I respectfully request admission *pro hac vice* to this Court.

FURTHER AFFIANT SAYETH NOT.

EDWARD P. LAZARUS

Sworn and subscribed to before me on this 13th day of August 2007.

LAURIE A. ROSSI
Commission # 1596216
Notary Public - California
Los Angeles County
My Comm. Expires Aug 8, 2009

Notary Public
in and for the State of California

# Exhibit A:
# Certificate of Good Standing

**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 24, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD
PETER LAZARUS, #212658 was admitted to the practice of law in this state
by the Supreme Court of California on March 30, 2001; and has been since
that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re Solutia Inc., et al.                          :
                                                    :
                                                    :        1:07-CV-05998-GBD
Wilmington Trust Company as Successor               :
Indenture Trustee to JPMorgan Chase Bank, N.A.,     :
                                                    :
                             Appellants,            :
                                                    :
        - v-                                        :
                                                    :
Solutia Inc.,                                       :
                                                    :
                             Appellees.             :
------------------------------------------------------------x
```

## ORDER

Upon the Motion for Admission *Pro Hac Vice* of Edward P. Lazarus, Esq., and the

exhibits annexed thereto; the Court having considered the facts as set forth therein; and good

cause having been shown, it is hereby,

ORDERED that Edward P. Lazarus, Esq., of Akin Gump Strauss Hauer & Feld LLP, is

admitted *pro hac vice* to appear and participate in this case before this Court in accordance with

Local Rule 1.3(c).

Dated: August _____, 2007

                                        _____  _____
                                        The Honorable George B. Daniels
                                        United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re Solutia Inc., et al.                           :
                                                     :
                                                     :        1:07-CV-05998-GBD
Wilmington Trust Company as Successor                 :
Indenture Trustee to JPMorgan Chase Bank, N.A.,      :
                                                     :
                    Appellants,                      :
                                                     :
         - v-                                        :
                                                     :
Solutia Inc.,                                        :
                                                     :
                    Appellees.                       :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Daniel H. Golden, an attorney admitted to practice law before the courts of the State of New York and this Court, affirms the following to be true under penalty of perjury:

1.      I am a partner with the law firm of Akin Gump Strauss Hauer & Feld LLP, am over the age of eighteen and am not a party to this action.

2.      On August 15, 2007, I caused a copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Edward P. Lazarus, Esq., to be served upon those parties set forth on the attached service list.

Dated:  August 15, 2007
         New York, New York

By: _____
         Daniel H. Golden (DG-5624)
         AKIN GUMP STRAUSS HAUER & FELD LLP
         590 Madison Avenue
         New York, New York 10022
         (212) 872-1000 (Telephone)
         (212) 872-1002 (Facsimile)

**SERVICE LIST**
**(07cv05998)**

| | |
|---|---|
| **Attorneys for Solutia, Inc.** | **Attorneys for Wilmington Trust** |
| David J. Zott | **As Indenture Trustee** |
| Jeffrey J. Zeiger | Robert C. Shenfeld |
| Thomas Lawrence Campbell | Eric A. Schaffer |
| KIRKLAND & ELLIS, L.L.P. | REED SMITH LLP |
| 200 East Randolph Drive | 599 Lexington Avenue |
| Chicago, IL 60601 | New York, NY 10022 |
| | |
| Richard M. Cieri | James C. Martin |
| Jonathan S. Henes | REED SMITH LLP |
| Michael Frishberg | 435 Sixth Avenue |
| KIRKLAND & ELLIS, L.L.P. | Pittsburgh, PA 15219 |
| Citigroup Center | |
| 153 East 53rd Street | **Attorneys for The Ad Hoc Solutia** |
| New York, NY 10022-4611 | **Trade Committee** |
| | Edward S. Weisfelner |
| Daniel H. Golden | BROWN RUDNICK BERLACK ISRAELS LLP |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Seven Times Square |
| 590 Madison Avenue | New York, NY 10036 |
| New York, NY 10022 | |
| | Steven D. Pohl |
| **Attorneys for The Ad Hoc Committee of** | BROWN RUDNICK BERLACK ISRAELS LLP |
| **Solutia Noteholders** | One Financial Center |
| Bennett Justin Murphy | Boston, MA 02111 |
| Bruce Bennett | |
| Joshua D. Morse | |
| HENNIGAN BENNETT & DORMAN L.L.P. | |
| 865 South Figueroa Street, 29th Floor | |
| Los Angeles, CA 90017 | |