HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett (BB-1152) (admitted pro hac vice)
Bennett J. Murphy (BM-8485)
Joshua D. Morse (JM-3933) (admitted pro hac vice)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for Appellant Ad Hoc
Committee of Solutia Noteholders

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re SOLUTIA, INC., et al.       :
                                  :
        Debtors.                  :
                                  :
---------------------------------------------------------x
AD HOC COMMITTEE OF SOLUTIA       :   Case Nos. 07 CV 5997/5998 (GBD)
NOTEHOLDERS,                      :
                                  :
        Appellant,                :
v.                                :
                                  :
SOLUTIA, INC.,                    :
                                  :
        Appellee.                 :
                                  :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the **Appellant *Ad Hoc* Committee of Solutia Noteholders' Joinder to Reply Memorandum of Law in Further Support of Appellant Wilmington Trust Company's Motion to Modify Briefing Schedule** was served on September 14, 2007, via Email and U.S. First Class U.S. Mail to:

Jonathan Henes, Esq.
Michael Frishberg, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Email: jhenes@kirkland.com
Email: mfrishberg@kirkland.com

David J. Zott, Esq.
Thomas L. Campbell, Esq.
Jeffrey J. Zeiger, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dzott@kirkland.com
Email: tcampbell@kirkland.com
Email: jzeiger@kirkland.com

Eric A. Schaffer, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: eschaffer@reedsmith.com

Daniel H. Golden, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Email: dgolden@akingump.com

Edward S. Weisfelner, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
Email: eweisfelner@brownrudnick.com

Steven D. Pohl, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111
Email: spohl@brownrudnick.com

Dated: September 14, 2007

_____
Kevin Floyd