# ReedSmith



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007

Eric A. Schaffer
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Direct Phone: +1 412 288 4202
Fax +1 412 288 3063
Email: eschaffer@reedsmith.com

Bennett J. Murphy
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Direct Phone: +1 213 694 1133
Fax +1 213 694 1234
Email: murphyb@hbdlawyers.com

Attorney for Appellant Wilmington Trust Company

Attorney for Appellant Ad Hoc Committee
of Solutia Noteholders

October 22, 2007

**VIA FACSIMILE AND U.S. MAIL**

Honorable George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

SO ORDERED

*[signature]*

HON. GEORGE B. DANIELS

OCT 2 2 2007

Re: **In re Solutia, Inc., Civil Action No. 1:07-cv-05997-GBD**
**In re Solutia, Inc., Civil Action No. 1:07-cv-05998-LAP**

Dear Judge Daniels,

    We represent the appellants in the above-captioned appeals. We are writing to advise you that the parties have reached a tentative settlement of this litigation. The proposed settlement has been incorporated into the Debtors' Fifth Amended Joint Plan of Reorganization (the "Plan"). On October 19, 2007, Bankruptcy Judge Beatty approved Debtors' Fifth Amended Disclosure Statement Pursuant To Section 1125 Of The Bankruptcy Code and authorized the Debtors to solicit creditor acceptance of the Plan. A hearing on confirmation of the Plan has been scheduled for November 29, 2007. If the Plan is confirmed, the parties to these appeals will ask that this Court dismiss the appeals.

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

Honorable George B. Daniels
October 22, 2007
Page 2

**ReedSmith**



In light of the tentative settlement, the parties to these appeals respectfully suggest that the Court stay all deadlines. Additionally, we will separately file a notice to withdraw our motion to expedite the briefing schedule, so that matter will no longer be pending on the Court's docket.

Very truly yours,

By: /s/ Bennett J. Murphy by EAS
Bennett J. Murphy
**For Appellant Ad Hoc Committee of Solutia Noteholders**

By: /s/ Eric A. Schaffer
Eric A. Schaffer
**For Appellant Wilmington Trust Company**

EAS:mlr

cc: Thomas L. Campbell, Esquire
Jonathan S. Henes, Esquire
Daniel H. Golden, Esquire
James W. Stoll, Esquire