UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WILMINGTON TRUST COMPANY

                Appellant,

    -against-

SOLUTIA, INC.,

                Appellee.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 02 2008

~~ORDER OF DISMISSAL~~
07 Civ. 5997 (GBD)
07 Civ. 5998 (GBD)

GEORGE B. DANIELS, District Judge:

    Solutia's application to dismiss the above-referenced bankruptcy appeals is granted.

Dated: New York, New York
       May 1, 2008

                                      SO ORDERED:

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge